IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


STEVE E. LACROIX and
KELLIE GORDON LACROIX                                                    PLAINTIFFS

                                                                         CONSOLIDATED CASES:
v.                                                                       No. 3:07CV119-B-A
                                                                         No. 3:08CV92-B-A

MARSHALL COUNTY, MISSISSIPPI,
MARSHALL COUNTY BOARD OF SUPERVISORS,
EDDIE DIXON,
KEITH TAYLOR,
WILLIE FLEMON,
GEORGE ZINN, III
RONNIE JOE BENNETT,
C.W. CHUCK THOMAS,
CONWAY MOORE,
LARRY HALL, AND
KENT SMITH                                                               DEFENDANTS

**ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' motion to strike the defendants' answer is DENIED [Docket # 6];

2. Plaintiffs' motion for summary judgment, and motion for partial summary judgment are DENIED [Docket ## 7 & 14];

3. Defendants' motion to dismiss is GRANTED in PART and DENIED in PART [Docket # 12];

4. Defendants' motion to hold the plaintiffs' motions and discovery in abeyance and defendants' supplement to the motion are DENIED as moot [Docket ## 13 & 16];

and

5. Plaintiffs' motion for contempt is DENIED [Docket # 24].

This, the 30th day of September, 2009.

/s/ Neal Biggers

_____
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**